No. 79–1838. Raisen *v.* Raisen et al. Sup. Ct. Fla. Certiorari denied. Justice Brennan would grant certiorari.

No. 79–1870. Adult Bookmart, Inc. *v.* Georgia. Ct. App. Ga. Certiorari denied. Justice Brennan would grant certiorari.

No. 79–1878. Stansberry, dba Universal Studio, et al. *v.* Holmes, Harris County District Attorney, et al. C. A. 5th Cir. Certiorari denied. Justice Brennan would grant certiorari.

No. 79–6835. Hunter *v.* Illinois. App. Ct. Ill., 1st Dist. Certiorari denied. Justice Brennan would grant certiorari.

No. 80–5004. Whisenhunt *v.* Georgia. Ct. App. Ga. Certiorari denied. Justice Brennan would grant certiorari.

No. 80–5118. Rosser *v.* Laborers' International Union of North America, Local No. 438. C. A. 5th Cir. Certiorari denied. Justice Brennan would grant certiorari.

No. 80–5160. Evans *v.* Sowders, Reformatory Superintendent. C. A. 6th Cir. Certiorari denied. Justice Brennan would grant certiorari.

No. 79–1612. American Broadcasting Cos., Inc., et al. *v.* Vegod Corp. et al. Sup. Ct. Cal. Motions of California Department of Consumer Affairs, National Association of Broadcasters, and Times Mirror Co. for leave to file briefs as *amici curiae* granted. Certiorari denied.